UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HOWARD KEITH LEFTWICH, | § | |
| MEREDITH ANNE LEFTWICH | § | |
| Plaintiffs | § | |
| | § | |
| V. | § | Civil Action: 4:26-cv-209 |
| | § | |
| MCKINNEY INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| CITY OF MCKINNEY | § | |
| Defendants | § | *Jury Trial Requested* |

## ORIGINAL COMPLAINT

**1.**　　　This action for civil rights violations arises under Title 42 of the United States Code

Section 1983. Jurisdiction is conferred by Title 42 U.S.C. Section 1983 and Title 28 U.S.C.

Sections 1331 and 1343.

**2.**　　　This action for civil rights violations arises under Title 42 of the United States Code

Section 1983 under the Stigma-Plus Doctrine. Jurisdiction is conferred by Title 42 U.S.C.

Section 1983 and Title 28 U.S.C. Sections 1331 and 1343.

**3.**　　　Venue is proper in this district under 28 section 1391 because a substantial part of the

events or omissions giving rise to all claims occurred in this district.

**Parties**

**4.**　　　The plaintiffs are Howard Keith Leftwich and Meredith Anne Leftwich who are

residents of the State of Texas.

**5.**　　　Defendant McKinney Independent School District is a political subdivision of the State

of Texas.

**6.**　　　Defendant City of McKinney is a municipality political subdivision of the State of

Texas.

1

**Facts**

7.      On February 29, 2024, a track meet was held at Faubion Middle School, located at 2000 Rollins St, McKinney, TX 75069. This school is a member of the McKinney Independent School District (herein referred to as "McKinney ISD").

8.      The track meet took place in the evening. As Plaintiffs approached the entrance gate to the track meet, they were stopped by employees/representatives of McKinney ISD. The employees/representatives of McKinney ISD refused entry to Meredith Leftwich. She was carrying her purse. Her purse was indistinguishable in quality and appearance from other women who were allowed to gain entry into the track meet. Meredith Leftwich is of Hispanic ethnicity. McKinney ISD refused entry to her, given what they explained to her, due to her purse not meeting proper specifications. A verbal altercation ensued.

9.      The plaintiffs are police officers with the Dallas Police Department. They attended the meet to see their child run as off duty police officers.

10.      During the altercation, officers from the City of McKinney entered into the dispute. Plaintiffs identified themselves as Dallas Police Officers in an attempt to diffuse the situation, explaining they meant no harm and just wanted to enjoy an evening of seeing their daughter run.

11.      Eventually, Plaintiffs were allowed to enter the stadium and attend the meet.

12.      During the course of viewing the track meet, there was one officer from the City of McKinney in particular, who was especially verbally abusive towards Plaintiffs. Multiple officers from the City of McKinney continued to maintain discourse with Plaintiffs by trying to further diffuse the situation. However, the one problematic office from the City of McKinney continued her hostilities towards Plaintiffs, escalating the situation, once again. At this moment,

2

this officer garnered more "allies," more McKinney officers and McKinney ISD employees/representatives to further her cause to have Plaintiffs removed from the stadium.

13.    Ultimately, Plaintiffs were removed from the stadium by both Defendants, depriving Plaintiffs the opportunity to see their child run.

14.    Initially, Plaintiffs were banned from any future athletic events. However, that ban was lifted.

15.    The bigger injury came from the false or misleading communication to the Dallas Police Department involving both Plaintiffs. Both McKinney ISD and the City of McKinney published false information to the Dallas Police Department that Plaintiffs, Officer Keith Leftwich and Officer Meredith Leftwich created a "disharmonious relationship" with McKinney ISD and the City of McKinney.

16.    The publication of this communication from both Defendants came weeks subsequent to the track meet. The Dallas Police Department launched a several-months long investigation into this incident. The resulting findings based on the false information that was published resulted in Plaintiffs being disciplined by the inclusion of a "black mark" in their employment file, disqualifying them from certain promotions and job duties in addition to impeding their ability to obtain employment with other employers, significantly stunting their professional growth and hindering their professional opportunities.

17.    As a result of these section 1983 violations of due process reputational harm causing deprivation of a liberty interest, Defendants' conduct proximately caused

      a.    lost and future wages

      b.    mental anguish

**Jury Demand**

**18.**     Plaintiff demands a trial by jury on all issues triable as of right by a jury.

**PRAYER**

**19.**     Plaintiff respectfully prays that the Court award judgment in favor of Plaintiffs for

violation of Plaintiffs' rights and that the Court award the following:

    a. actual and consequential damages, plus interest

    b. attorney's fees and costs of court

    c. all other relief that justice may require


    Respectfully submitted,


    The Bozeman Law Firm

    /s/Marc Anson Bozeman
    Attorney-In-Charge
    Texas State Bar No. 24057044
    6520 Braodway St., No. 633
    Houston, Texas 77096
    Telephone: (832) 741-7950
    mb@bozemanlitigation.com

    ATTORNEY FOR PLAINTIFFS